**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| TERESA GAYLE BELLAMY, ) | |
|               Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:13-cv-179-RLY-WGH |
| ) | |
| UNITED STATES OF AMERICA. ) | |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by her motion for relief pursuant to 28 U.S.C. § 2255 and this action is **dismissed with prejudice.**

Date: 10/18/2015

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

_____
By: Deputy Clerk

Distribution:

Electronically registered counsel